1  KRISTIN E. MEREDITH
   Nevada Bar No. 11655
2  PRISCILLA L. O'BRIANT
   Nevada Bar No. 010171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789
   meredith@lbbslaw.com
6  pobriant@lbbslaw.com
   Attorneys for Nationwide Mutual Insurance
7  Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WALTER SKOCHENKO,<br><br>          Plaintiff,<br><br>     vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>          Defendant. | CASE NO.:   2:12-cv-00914-MMD-GWF<br>(consolidated with Case No. 2:12-cv-00911-KJD-RJJ)<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

4839-6679-7330.1

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WALTER
2  SKOCHENKO by and through his attorneys, AMICK LAW OFFICES, and Defendant
3  NATIONWIDE MUTUAL INSURANCE COMPANY, by and through its attorneys, LEWIS
4  BRISBOIS BISGAARD & SMITH LLP, that the above-entitled action be dismissed in its entirety,
5  WITH PREJUDICE, with each party to bear its own attorney's fees and costs.
6
7  Dated this 17 day of December, 2012          Dated this 11th day of December, 2012
8  LEWIS BRISBOIS BISGAARD & SMITH LLP          AMICK LAW OFFICES

11 By: /s/ Kristi E. Meredith                   By: /s/
12  KRISTIN E. MEREDITH                             ROBERT L. AMICK, ESQ.
    Nevada Bar No. 11655                            Nevada Bar No. 5204
13  PRISCILLA L. O'BRIANT                           6030 South Rainbow Blvd., Suite D-1
    Nevada Bar No. 010171                           Las Vegas, Nevada 89118
14  6385 S. Rainbow Boulevard, Suite 600            Attorney for Plaintiff
    Las Vegas, Nevada 89118                         Walter Skochenko
15  Tel. 702.893.3383
    Attorneys for Nationwide
16

**IT IS SO ORDERED.**

Dated this 18th of December, 2012.

_____
UNITED STATES DISTRICT JUDGE