1  KRISTIN E. MEREDITH
   Nevada Bar No. 11655
2  PRISCILLA L. O'BRIANT
   Nevada Bar No. 010171
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   702.893.3383
5  FAX: 702.893.3789
   meredith@lbbslaw.com
6  pobriant@lbbslaw.com
   Attorneys for Nationwide Mutual Insurance
7  Company

8

9              UNITED STATES DISTRICT COURT

10                   DISTRICT OF NEVADA

11

| | |
|---|---|
| 12  WALTER SKOCHENKO, | CASE NO.: 2:12-cv-00914- MMD-GWF (consolidated with Case No. 2:12-cv-00911-KJD-RJJ) |
| 13           Plaintiff, | |
| 14  vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 15  NATIONWIDE MUTUAL INSURANCE COMPANY, DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | |
| 17           Defendant. | |

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4839-6679-7330.1

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WALTER
2  SKOCHENKO by and through his attorneys, AMICK LAW OFFICES, and Defendant
3  NATIONWIDE MUTUAL INSURANCE COMPANY, by and through its attorneys, LEWIS
4  BRISBOIS BISGAARD & SMITH LLP, that the above-entitled action be dismissed in its entirety,
5  WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

Dated this 17 day of December, 2012         Dated this 11th day of December, 2012

LEWIS BRISBOIS BISGAARD & SMITH LLP          AMICK LAW OFFICES

By: /s/ Krist E. Meredith                    By: /s/
KRISTIN E. MEREDITH                          ROBERT L. AMICK, ESQ.
Nevada Bar No. 11655                         Nevada Bar No. 5204
PRISCILLA L. O'BRIANT                        6030 South Rainbow Blvd., Suite D-1
Nevada Bar No. 010171                        Las Vegas, Nevada 89118
6385 S. Rainbow Boulevard, Suite 600         Attorney for Plaintiff
Las Vegas, Nevada 89118                      Walter Skochenko
Tel. 702.893.3383
Attorneys for Nationwide

**IT IS SO ORDERED.**

Dated this 18th of December, 2012.

_____
UNITED STATES DISTRICT JUDGE